# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2410

MICHAEL MOORES,
          Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE COMPANY
          Defendant.

_____

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION
_____

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant State Farm Mutual Automobile Company, hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1. Defendant State Farm Mutual Automobile Company is named as defendant in Civil Action No. 2019CV32986 in Denver County District Court (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Denver County, in Denver, Colorado on August 2, 2019. Plaintiff served the Summons and Complaint to Defendant on August 2, 2019.

3. Therefore, this Notice is being filed with this Court within thirty (30) days after the Plaintiff's Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiff's action is based.

4. To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A." To the best of

Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. Defendant has not yet filed its Answer in the State Court Action. Defendant will file its responsive pleading in the next seven (7) days, in accordance with Fed. R. Civ. P. 81(c)(2)(C).

6. State Farm Mutual Automobile Insurance Company avers that this Court has diversity jurisdiction over Plaintiff's claims because this is a civil action between parties of diverse citizenship. Additionally, Plaintiff alleges that the amount in controversy exceeds $75,000. Thus, this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332.

7. Pursuant to Paragraph 1 of the Complaint, Plaintiff is a resident of the State of Colorado. See Ex. A, Compl., ¶1. The Plaintiff also identifies his home address in Littleton, Colorado.  Plaintiff correctly states that Defendant is a company with a registered agent in and that regularly conducts business activities in the State of Colorado; however, Defendant is actually a foreign corporation incorporated in the State of Illinois with its principal place of business located at One State Farm Plaza, Bloomington, Illinois 61710. See United States Securities and Exchange Commission Form D, attached hereto as Exhibit B. This civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

8. Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs. See Exhibit A, Civil Cover Sheet; *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264 (10th Cir., Aug. 29, 2016). Plaintiff's policy for underinsured or uninsured motorist benefits has limits in the amounts of $250,000 per person or $500,000 per accident.  Plaintiff is claiming injuries including a shoulder surgery six weeks after the subject accident, as well as claims for Breach of Contract, First Party Statutory Claim Under C.R.S. § 10-3-1116 and

Bad Faith at two times the covered underinsured motorist benefits.

9.   Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in Denver County District Court, be removed therefrom to this Court.

Respectfully submitted this 23rd day of August, 2019.

By:   *s/Rebecca K. Wagner*
Rebecca K. Wagner (CO Bar No. 33473)
CAMPBELL, WAGNER, FRAZIER & DVORCHAK, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, CO  80111
(303) 831-5990
Email:  rwagner@cla-law.net
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2019, I presented the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system.

*s/ Charla Crutchfield*

4816-7464-3731.1