## Register of Actions

| | | | |
|---|---|---|---|
| Filed by Plaintiff/Petitioner | **Case Number:** 2019CV032986 | | **Division:** 269 |
| Filed by Defendant/Respondent | **Case Type:** Breach of Contract | | **Judicial Officer:** David H Goldberg |
| Filed by Court | **Case Caption:** Moores, Michael v. State Farm Mutual Auto Co et al | | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 6B07F1B32CD0A | 08/06/2019 11:29 AM | Michael Born | Franklin D Azar and Associates | Michael Moores | Complaint - Amended | Amended Complaint | Public |
| | | | | | Summons | Amended Summons | Public |
| N/A (Details) | 08/05/2019 12:00 AM | David H Goldberg | Denver District Court | N/A | Order | Delay Reduction Order | Public |
| 6AEC1EFBA66CD | 08/02/2019 5:28 PM | Michael Born | Franklin D Azar and Associates | Michael Moores | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Michael Moores | Plaintiff | Active | Michael Henry Jackson Born (Franklin D Azar and Associates) |
| State Farm Mutual Auto Co | Defendant | Active | N/A |
| State Farm Mutual Auto Ins Co | Defendant | Active | N/A |